| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

RONNIE W. BARBER, §
　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　§
versus　　　　　　　　　　§　　CIVIL ACTION NO. 1:11-CV-380
　　　　　　　　　　　　　§
GEO GROUP, INC., ET AL., §
　　　　　　　　　　　　　§
　　　　　Defendants. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Ronnie W. Barber, an inmate confined at the Diboll Prerelease Center, proceeding *pro se* and *in forma pampers*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the following defendants: GEO Group, Inc., George Zoley, Director of GEO Group, Inc., Virgil Jordan, Warden of GEO Cleveland Corrections Center, Veronica L. Patton, Indigent Mail Coordinator at GEO Cleveland Corrections Center, and Rick Thaler, Director of the Texas Department of Criminal Justice, CID.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's motion to dismiss be granted and his action dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed by either party to date.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 25th day of April, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE